DAVIS, TRUSTEE, *v.* SOJA, INTERNAL REVENUE
AGENT.

No. 271.  Decided June 17, 1963.

*Walter J. Rockler* for petitioner.

*Solicitor General Cox* for respondent.

PER CURIAM.

It appearing from the joint suggestion of mootness
that this case is moot, the judgment of the United States
Court of Appeals for the Seventh Circuit is vacated and
the case is remanded to the United States District Court
for the Northern District of Illinois with directions to
dismiss the complaint as moot.